## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

YASMINE BASHA

     Plaintiff,

v.                             Case No. 8:24-cv-01590-SDM-CPT

GITLAB INC.,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, YASMINE BASHA, by and through her undersigned counsel and pursuant to Rule 41(a)(1), of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal of the above styled cause without prejudice.

Respectfully submitted this 5th day of August 2024.

*/s/Mitchell Feldman, Esq.*
**Mitchell L. Feldman, Esquire**
Florida Bar No.: 080349
FELDMAN LEGAL GROUP
12610 Race Track Road, Suite 225
Tampa, Florida 33626
Tel: 813-639-9366 - Fax: 813-639-9376
mfeldman@flandgatrialattorneys.com
*Lead Counsel and Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing on August 5, 2024, with the Clerk of Court by using the CM/ECF system.  Parties may also obtain a copy directly from the CM/ECF system.

*/s/Mitchell Feldman, Esq.*
**Mitchell L. Feldman, Esquire**

2